UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth Steven Daywitt, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Minnesota Department of Human Services, Minnesota Sex Offender Program, Emily Johnson Piper, Jannine Hebert, Peter Puffer, Jim Berg, Jerry Fjerkenstad, and Katherine Lockie, in their individual and official capacities,<br><br>Defendants. | Case No. 16-cv-2541 (WMW/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the June 6, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 38.) No objections to the R&R were filed. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error and adopts the R&R.

**ORDER**

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 6, 2017 R&R, (Dkt. 38), is **ADOPTED**.

2. Defendants' motion to dismiss, (Dkt. 28), is **DENIED**.

Dated: August 8, 2017                                         s/Wilhelmina M. Wright
                                                              Wilhelmina M. Wright
                                                              United States District Judge